MELINA A. LE DUC, Appellant, v. ROGER E. LE DUC, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.